1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorney for Defendant
   MITCHELL A. DRAKE
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:22-mj-00115-SAB |
12 | Plaintiff, | AMENDED MOTION TO DESIGNATE ADDITIONAL COMMUNITY SERVICE ORGANIZATIONS; ORDER |
13 | vs. | |
14 | MITCHELL A. DRAKE, | Judge: Hon. Stanley A. Boone |
15 | | |
16 | Defendant. | |

17     On May 18, 2023, the Court placed Mitchell A. Drake on a twelve-month term of probation
18 under 18 U.S.C. § 3607. Among other conditions of probation, the Court ordered Mr. Drake to
19 complete 150 hours of community service at an approved nonprofit organization. That day, the
20 Court approved Habitat for Humanity. Mr. Drake asks the Court to approve an additional
21 organization for him to perform his community service hours: the City of Stuart, Iowa, Parks and
22 Recreation Department. Tasks to be performed while volunteering for the City include
23 maintenance of the City's parks and cemetery.
24 ///
25
26
27
28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 24, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MITCHELL A. DRAKE

**O R D E R**

IT IS SO ORDERED.

Dated: __**May 24, 2023**__

UNITED STATES MAGISTRATE JUDGE