# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                         Plaintiff, )<br>v.                               )<br>                               )<br>MITCHELL A. DRAKE, )<br>                       Defendant. )<br>_____) | Case No. 1:22-mj-00115<br><br>**DEFENDANT'S STATUS REPORT ON<br>UNSUPERVISED PROBATION** |

      PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

      **Convicted of:**           36 CFR 2.35(c)

      **Sentence Date:**          May 18, 2023

      **Review Hearing Date:** March 22, 2024

      **Probation Expires On:** May 24, 2024

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $510 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ 10    Processing Fee: $ Choose an item. Restitution: $

☒     Payment schedule of $ 51 per month by the 15th of each month.

☒     **Community Service hours Imposed of:** 150

☐     **Other Conditions:**

## *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of $
        ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                                   Amount:

☐     To date, Defendant has performed Click here to enter text. hours of community service.

☐     Compliance with Other Conditions of Probation:

***GOVERNMENT'S POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Jeffrey Spivak

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at  Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED:  3/4/2024

/s/ Laura Myers
DEFENDANT'S COUNSEL

/s/ Jeffrey Spivak
ASSISTANT UNITED STATES ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **March 5, 2024**

UNITED STATES MAGISTRATE JUDGE